UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

HUONG THANH NGUYEN,

    Defendant.

Case No. CR05-152L

ORDER CONTINUING PRETRIAL MOTIONS DATE

    This matter comes before the Court on "Defendant Huong Thanh Nguyen's Motion to Continue Pretrial Motions Date" (Dkt. # 92). The motion states that the parties hope to resolve this case through plea negotiations. The motion also states that counsel for Defendant has consulted with Assistant United States Attorney Patricia Lally and that she has no objections to this motion. IT IS HEREBY ORDERED that Defendant's motion to continue the pretrial motions date is GRANTED. IT IS FURTHER ORDERED that the pretrial motions date shall be continued from Monday, September 19, 2005 until Monday, October 3, 2005.

    DATED this 27th day of September, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING PRETRIAL
MOTIONS DATE    1